1 | MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
2 | WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
3 | RITA F. LIN (CA SBN 236220)
RLin@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MAUDER and ALICE CHAO;
DEOGENESO and GLORINA PALUGOD, on
behalf of themselves and all others similarly
situated,

          Plaintiffs,

  v.

AURORA LOAN SERVICES, LLC,

          Defendant.

Case No.   CV 10 3383 SBA

**ORDER GRANTING STIPULATION REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE**

ORDER GRANTING STIPULATION TO CONTINUE CMC
Case No. CV 10 3383 SBA
sf-2917690

Pursuant to the Stipulation Requesting to Continue Case Management Conference, and good cause so appearing, the case management conference currently scheduled for January 19, 2011 at 2:45 p.m., is hereby continued to **February 17, 2011 at 3:30 p.m**. The last day to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) is hereby continued until 21 days prior to the case management conference, and the last day for the parties to submit their Federal Rule of Civil Procedure 26(f) report, initial disclosures, and joint case management statement is hereby continued until 10 days prior to the case management conference.

IT IS SO ORDERED.

Dated: November 12, 2010

_____
Saundra B. Armstrong
United States District Judge