MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>                Defendant. | Case No.   CV 10 3383 SBA<br><br>**ORDER GRANTING STIPULATION REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    Pursuant to the Stipulation Requesting to Continue Case Management Conference, and
2  good cause so appearing, the case management conference currently scheduled for February 17,
3  2011 at 3:30 p.m., is hereby continued to May 26, 2011 at 2:30 p.m. The parties shall **meet and**
4  **confer** prior to the conference and shall prepare a joint Case Management Conference Statement
5  which shall be filed no later than seven (7) days prior to the Case Management Conference that
6  complies with the Standing Order For All Judges Of The Northern District Of California and the
7  Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for
8  arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the
9  above indicated date and time.
10    The last day to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) is
11 hereby continued until 21 days prior to the case management conference, and the last day for the
12 parties to submit their Federal Rule of Civil Procedure 26(f) report, initial disclosures, and joint
13 case management statement is hereby continued until 7 days prior to the case management
14 conference.
15    IT IS SO ORDERED.

17 Dated: 1/18/11                                    _____
                                                     Saundra B. Armstrong
18                                                   United States District Judge