1   MICHAEL J. AGOGLIA (CA SBN 154810)
    MAgoglia@mofo.com
2   WENDY M. GARBERS (CA SBN 213208)
    WGarbers@mofo.com
3   RITA F. LIN (CA SBN 236220)
    RLin@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    AURORA LOAN SERVICES LLC
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13   MAUDER and ALICE CHAO;                    Case No.    CV 10 3383 SBA
     DEOGENESO and GLORINA PALUGOD, on
14   behalf of themselves and all others similarly   **ORDER GRANTING
     situated,                                  STIPULATED REQUEST TO
15                                              CONTINUE HEARING ON
                     Plaintiffs,                DEFENDANT'S MOTION TO
16                                              DISMISS THE FIRST AMENDED
                                                COMPLAINT AND TO
17          v.                                  CONTINUE CASE
                                                MANAGEMENT CONFERENCE**
18   AURORA LOAN SERVICES, LLC,

19                   Defendant.

20

21

22

23

24

25

26

27

28

1

2          Pursuant to the Stipulation Requesting to Continue the Hearing on Defendant's Motion to

3   Dismiss and to Continue the Case Management Conference, and good cause so appearing, the

4   hearing on defendant's motion to dismiss the First Amended Complaint has been continued to

5   September 13, 2011 at 1:00 p.m.  The case management conference currently scheduled for May

6   26, 2011 at 3:30 p.m. is hereby continued to October 13, 2011 at 2:30 p.m.  The last day to meet

7   and confer pursuant to Federal Rule of Civil Procedure 26(f) is hereby continued until 21 days

8   prior to the case management conference, and the last day for the parties to submit their Federal

9   Rule of Civil Procedure 26(f) report, initial disclosures, and joint case management statement is

10  hereby continued until 10 days prior to the case management conference.

11          IT IS SO ORDERED.

12

13  Dated:  _4/19/11                                              _____

14                                                          Saundra B. Armstrong
                                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28