| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | MAgoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
| | WGarbers@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
| | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAUDER and ALICE CHAO; DEOGENESO and GLORINA PALUGOD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>Defendant. | Case No. CV 10 3383 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Pursuant to the Stipulation Extending Time to Answer First Amended Complaint, and good cause so appearing, Aurora's deadline to answer the First Amended Complaint is hereby extended to, and includes, October 11, 2011.

IT IS SO ORDERED.

Dated: 9/14/11

*Saundra B. Armstrong*
Saundra B. Armstrong
United States District Judge