1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   WGarbers@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   AURORA LOAN SERVICES LLC
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13 MAUDER and ALICE CHAO;                          Case No.   CV 10 3383 SBA
   DEOGENESO and GLORINA PALUGOD, on
14 behalf of themselves and all others similarly   **ORDER GRANTING
   situated,                                       STIPULATED REQUEST
15                                                 EXTENDING TIME TO ANSWER
                  Plaintiffs,                      FIRST AMENDED COMPLAINT**
16
          v.
17
   AURORA LOAN SERVICES, LLC,
18
                  Defendant.
19

[PROPOSED] ORDER GRANTING STIPULATION TO EXT TIME TO ANS FIRST AMENDED COMPLAINT
Case No. CV 10 3383 SBA
sf-3045524

Pursuant to the Stipulation Extending Time to Answer First Amended Complaint, and good cause so appearing, Aurora's deadline to answer the First Amended Complaint is hereby extended to, and includes, October 11, 2011.

IT IS SO ORDERED.

Dated: 9/14/11

                                                 Saundra B. Armstrong
                                             United States District Judge