1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   WGarbers@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   AURORA LOAN SERVICES LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13 MAUDER and ALICE CHAO;                    Case No.   CV 10 3383 SBA
   DEOGENESO and GLORINA PALUGOD, on
14 behalf of themselves and all others similarly    **ORDER GRANTING
   situated,                                  STIPULATED REQUEST
15                                            EXTENDING TIME TO ANSWER
                    Plaintiffs,               FIRST AMENDED COMPLAINT
16                                            IN LIGHT OF PLAINTIFFS'
        v.                                    PROPOSAL TO FILE
17                                            CONSOLIDATED COMPLAINT**
   AURORA LOAN SERVICES, LLC,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

Pursuant to the Stipulation Extending Time to Answer First Amended Complaint in Light of Plaintiffs' Proposal to File a Consolidated Complaint, and good cause so appearing, Aurora's deadline to answer the First Amended Complaint is hereby extended to, and includes, January 16, 2012.

IT IS SO ORDERED.

Dated: _10/6/11

_____
Saundra B. Armstrong
United States District Judge